

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00144-CR

**BENJAMIN CRAIG LEWIS,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 11-03276-CRF-272

## O R D E R

An *Anders* brief was filed by appointed counsel for Benjamin Craig Lewis. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Lewis has now filed a motion for extension of time, requesting a 60 day extension, to respond to his counsel's brief. The motion is granted. Lewis's brief or other response is due 60 days from the date of this order.

We note that Lewis's motion was not properly served. A copy of all documents presented to the Court must be served on all parties to the appeal and must contain

proper proof of service. TEX. R. APP. P. 9.5. Although not expressly required in the rules, Lewis should also provide copies of all documents he presents to the Court to his court appointed counsel.

We use Rule 2 to dispense with the service requirement for this document only and provide a copy to the State and to Lewis's court appointed attorney. *See* TEX. R. APP. P. 2. Future documents presented to the Court must be properly served or the documents will be stricken.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Order issued and filed September 19, 2013